AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  O'Malley, Kathleen M. | 2. Court or Organization  U.S. Court of Appeals for the Federal Circuit | 3. Date of Report  01/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Malley, Kathleen M. | 01/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Conner Inn of Court | Jan. 20-21, 2016 | New York, NY | Conner Inn Dinner | Train fare, meal, lodging |
| 2. | Case Western Reserve Law | Jan. 25-31, 2016 | Strasburg, France | EIPN Congress | Airfare, meals, lodging |
| 3. | Vanderbilt University | Feb. 4-5, 2016 | Nashville, TN | Lecture Series | Airfare, meals, lodging |
| 4. | NCBA IP Section | Mar. 17-18, 2016 | Greensboro, NC | Annual Meeting | Airfare, meals, lodging |
| 5. | Fordham University | Mar. 30-April 1, 2016 | New York, NY | IP Institute Program | Train fare, meal, lodging |
| 6. | NYIPLA | Apr. 1-3, 2016 | New York, NY | Annual Dinner | Train fare, meal lodging |
| 7. | Univeristy of Iowa Law School | Apr. 6-8, 2016 | Iowa City, IA | Lecture Series | Airfare, meals, lodging |

| 8. | CIPLA | Apr. 14-17, 2016 | Cleveland, OH | Annual Dinner | Airfare, meals, lodging |
|---|---|---|---|---|---|
| 9. | Joint Patent Practice | Apr. 20-21, 2016 | New York, NY | CLE Seminar | Train Fare, meal, lodging |
| 10. | JR Inn of Court | May 24-25, 2016 | Minneapolis MN | CLE Seminar | Airfare, meals, lodging |
| 11. | NJIPLA | June 10-11, 2016 | Short Hills, NJ | Annual Dinner | Ground transportation, meal, lodging |
| 12. | Federal Circuit Bar Association | June 22-24, 2016 | Nashville, TN | Bench & Bar | Airfare, meals, lodging |
| 13. | IADC | July 11-14, 2016 | Hamilton, Bermuda | Annual Meeting | Airfare, meals, lodging |
| 14. | NYU Law School | Sept. 29-30, 2016 | New York, NY | Conference | Train fare, meal, lodging |
| 15. | Federal Circuit Bar Association | Oct. 11-16, 2016 | Paris, France | Intl Conference Series | Airfare, meals, lodging |
| 16. | Case Western Reserve Law | Oct. 18-19, 2016 | Cleveland, OH | Lecture Series | Airfare, meals, lodging |
| 17. | EDTX Bar | Oct. 19-21, 2016 | Plano, TX | Bench & Bar | Airfare, meals, lodging |
| 18. | Harvard Law School | Oct. 26-27, 2016 | Boston, MA | Educational Program | Airfare, meals, lodging |
| 19. | Conner Inn of Court | Nov. 16-17, 2016 | New York, NY | Meeting | Train fare, meal, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (various accounts) | A | Interest | N | T | | | | | |
| 2. Castle Harlan Affiliates IV-A, LLP | | None | J | U | | | | | |
| 3. Castle Harlan Partners V, LLP | | None | K | U | | | | | |
| 4. CHP V Affiliates AIV, LP | | None | K | U | | | | | |
| 5. Mid-Atlantic Fund of Funds II, LP | A | Interest | K | W | | | | | |
| 6. AEI Alien Series B Inv II, LLC | | None | K | W | | | | | |
| 7. Taskrabbit, Inc. | | None | N | W | | | | | |
| 8. Sun Basket, Inc | | None | M | W | | | | | |
| 9. Covington & Burling Partnership LLP | A | Int./Div. | P1 | W | | | | | |
| 10. Advanced Battery Concepts, LLC | | None | K | W | Buy | 12/20/16 | K | | |
| 11. Cloud9 Charts, Inc | | None | K | W | Buy | 10/16/16 | K | | |
| 12. Lois Wine Bar (note) (X) | B | Interest | K | W | | | | | |
| 13. 401k (H) | | | | | | | | | |
| 14. Dodge & Cox Stock | E | Dividend | K | T | | | | | |
| 15. American Beacon Small Cap Val Inst | D | Dividend | J | T | | | | | |
| 16. Lazard Emerging Market Equity Inst | B | Dividend | J | T | | | | | |
| 17. Schwab Stable Value Inst II (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oakmark International I | D | Dividend | J | T | | | | | |
| 19. JP Morgan Large Cap R6 | G | Dividend | O | T | | | | | |
| 20. Janus Enterprises N | C | Dividend | J | T | | | | | |
| 21. Metropolitan West Total Return Bond | E | Int./Div. | K | T | | | | | |
| 22. Brokerage Account #1 (H) | | | | | | | | | |
| 23. Schwab Adv Cash Reserve Prem. (SWZXX) (Y) | | | | | | | | | |
| 24. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | K | T | | | | | |
| 25. Wells Fargo Adv Int'l (ESICX) | A | Dividend | K | T | | | | | |
| 26. American Fund Europacific (AEGFX) | A | Dividend | K | T | | | | | |
| 27. Pimco Foreign Bond Fund (PFORX) | A | Dividend | K | T | | | | | |
| 28. Vang St Exempt Fund (VWSTX) | B | Dividend | M | T | | | | | |
| 29. Vang Inflation Protected (VIPSX) | A | Dividend | K | T | | | | | |
| 30. Cohen & Steers Realty (CSRSX) | D | Dividend | L | T | Sold (part) | 04/06/16 | J | | |
| 31. Ishares Trust S&P 500 (IVV) | B | Dividend | L | T | Sold (part) | 03/06/16 | J | | |
| 32. Vang Small Cap (VB) | A | Dividend | K | T | | | | | |
| 33. Baird Inter Muni (BMBIX) | C | Interest | M | T | | | | | |
| 34. Hotchkis & Wiley Hi Yield (HWHIX) | C | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Credit Suisse Comm Return Strategy Fund (CRSOX) | | None | K | T | | | | | |
| 36. Goldman Sachs Emerging Markets Debt Fund (GSDIX) | B | Dividend | K | T | | | | | |
| 37. Ishares MSCI Emerging Market Index (EEM) | A | Dividend | K | T | | | | | |
| 38. Mangate MLP Fund (IMLPX) | C | Dividend | L | T | | | | | |
| 39. Brokerage Account #2 (H) | | | | | | | | | |
| 40. Schwab Adv Cash Reserve Prem. (SWZXX) | A | Interest | J | T | | | | | |
| 41. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | K | T | | | | | |
| 42. Wells Fargo Adv Int'l (ESCIX) | A | Dividend | K | T | | | | | |
| 43. American Fund Europacific (AEGFX) | A | Dividend | K | T | | | | | |
| 44. Pimco Foreign Bond Fund (PFORX) | A | Dividend | K | T | | | | | |
| 45. Vang St Exempt Fund (VWSTX) | B | Interest | M | T | | | | | |
| 46. Vang Inflation Protected (VIPSX) | B | Dividend | K | T | | | | | |
| 47. Cohen & Steers Realty (CSRSX) | D | Dividend | L | T | | | | | |
| 48. Ishares Trust S&P 500 (IVV) | A | Dividend | K | T | | | | | |
| 49. Vang Small Cap (VB) | A | Dividend | J | T | | | | | |
| 50. Baird Inter Muni (BMBIX) | C | Dividend | M | T | | | | | |
| 51. Hotchkis & Wiley Hi Yield (HWHIX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Credit Suisse Comm Return Strategy (CRSOX) | | None | K | T | | | | | |
| 53. Goldman Sachs Emerging Markets Debt (GSDIX) | B | Dividend | K | T | | | | | |
| 54. Ishares MSCI Emerging Markets Index (EEM) | B | Dividend | L | T | | | | | |
| 55. Mangate MLP Fund (IMLPX) | C | Dividend | L | T | | | | | |
| 56. IRA #1 (H) | | | | | | | | | |
| 57. Schwab Adv Cash Reserve Prem. (SWZXX) | A | Interest | J | T | | | | | |
| 58. Steelpath MLP Select 40 (OSPSX) | B | Dividend | K | T | | | | | |
| 59. Pimco Emerging Local Bond Fund (PELBX) | A | Dividend | J | T | | | | | |
| 60. Wells Fargo Advtg Int'l Fund (ESICX) | A | Dividend | K | T | | | | | |
| 61. Baird Aggregate Bond Inst Fund (BAGIX) | B | Dividend | K | T | | | | | |
| 62. DFA Emerging Mkt Value Portfolio (DFEVX) | A | Dividend | J | T | | | | | |
| 63. Pimco Comm Real Estate Return (PCRIX) | A | Dividend | J | T | | | | | |
| 64. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | J | T | | | | | |
| 65. Dodge & Cox Income Fund (DODIX) (X) | B | Dividend | K | T | | | | | |
| 66. American Fund Europacific Growth (AEGFX) | A | Dividend | J | T | | | | | |
| 67. Pimco Foreign Bond Fund (PFORX) | A | Dividend | K | T | | | | | |
| 68. Cohen & Steers Realty Shares (CSRSX) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vangaurd Inflation Protected Securities (VIPSX) | A | Dividend | K | T | | | | | |
| 70. Ishares Trust S&P 500 Index (IVV) | A | Dividend | K | T | | | | | |
| 71. Vanguard Small Cap Fund (VB) | A | Dividend | J | T | | | | | |
| 72. Hotchkis & Wiley Hi Yield (HWHIX) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 23, 40, and 57: Name correction; see 2015, lines 143, 247. and 323, respectively.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 01/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathleen M. O'Malley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544